UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN L. PETEREC,

                           Plaintiff,

    v.

TGI FRIDAYS FRANCHISOR, LLC, et al.,

                          Defendants.

No. 23-CV-8028 (KMK)

ORDER OF SERVICE

---

KENNETH M. KARAS, United States District Judge:

    On October 19, 2023, the Court issued an Order of Service directing the U.S. Marshals to serve Defendant TGI Fridays Franchisor, LLC. (*See* Order (Dkt. No. 5.)) The Court also directed counsel for TGI Fridays to respond with the names and addresses of John and Jane Doe defendants discussed in the Complaint. (*Id.*) Counsel responded, (*see* Ltr. from Adam Guttell, Esq. to Court (Nov. 21, 2023) (Dkt. No. 11)), and Plaintiff filed an Amended Complaint within 30 days naming those previously unidentified Defendants, (*see* Am. Compl. (Dkt. No. 12)).

    The Court has reviewed the Amended Complaint and determined that service on those individual Defendants is appropriate.

    Additionally, the Court advises Plaintiff, for future reference, that he should address correspondence to this Court, not to Judge McCarthy, as the case has not yet been referred.

    The Court directs the Clerk of Court to issue summonses for Defendants David Alvarez Tudares, John Bogle, and Rene Mejia, complete USM-285 forms with the addresses for those Defendants, and deliver all documents necessary to effect service on those Defendants to the U.S. Marshals Service.

The Court further directs the Clerk of Court to mail a copy of this Order to Plaintiff at the address listed on the docket.

SO ORDERED.

Dated: February 14, 2024
       White Plains, New York

                                        KENNETH M. KARAS
                                      United States District Judge

## DEFENDANTS AND SERVICE ADDRESSES

David Alvarez Tudares
11 Fox Run
Woodridge, New York 12789

John Bogle
38 Coolidge Trail
Hopatcong, New Jersey 07843

Rene Mejia 1191 Maggie Road
Newburgh, New York 12550